United States Court of Appeals
Fifth Circuit

**F I L E D**

September 11, 2006

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 05-60570
_____

MAGNOLIA I INC., A Mississippi Corporation;
HANCOCK ENTERTAINMENT LLC, a Louisiana Limited
Liability Company; WELDON FROMMEYER,

Plaintiffs - Appellants,

versus

HANCOCK COUNTY MISSISSIPPI, a political
subdivision of the State of Mississippi,

Defendant - Appellee.

_____

Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 1:04-CV-789
_____

Before KING, GARWOOD, and JOLLY, Circuit Judges.

PER CURIAM:[1]

AFFIRMED.  <u>See</u> 5TH CIR. R. 47.6.[2]

_____

[1] Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

[2]The motion of appellee to strike Section A, pages 1-11, of appellant's reply brief is GRANTED.